BRIAN L. BUDSBERG, WSBA#11225　　　HONORABLE PAUL B. SNYDER
Budsberg Law Group, P.L.L.C.　　　　Location Tacoma
P.O. Box 1489　　　　　　　　　　　　Chapter 11
Olympia, WA 98507-1489　　　　　　　**Hearing Date: November 26, 2013**
Telephone: (360) 584-9093　　　　　　**Hearing Time: 2:00 p.m.**
Facsimile: (360) 252-8333　　　　　　**Response Date: Time of Hearing**
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re

PETTIT OIL COMPANY, INC.

　　　　　　　　Debtor.

No. 13-47285

EMERGENCY NOTICE AND MOTION FOR ORDER AUTHORIZING DEBTOR TO CONTINUE USING PREPETITION BUSINESS BANKING ACCOUNT AND CHECKS

## **NOTICE**

TO:　　　　　The Clerk of the Court
AND TO:　　Brian L. Budsberg, attorney for Debtors
AND TO:　　All Creditors and Parties-In-Interest
AND TO:　　U. S. Trustee

PLEASE TAKE NOTICE that the Debtor has filed a motion for Order Authorizing Debtor to Continue Using Prepetition Business Banking Accounts and Checks. The Debtor will proceed to enter an order with this Court authorizing Debtor to Continue Using Prepetition Business Banking Accounts and Checks at a hearing scheduled **November 26, 2013 at 2:00 p.m., in the United States Bankruptcy Court, 1717 Pacific Ave., Suite 2100 Tacoma, WA 98402-3233, Courtroom H.** Anyone having an objection to the attorney's action must file a written objection with the Court, with a copy served on Debtor's counsel at the address indicated below, no later than the date and time of the hearing, November 26, 2013 at 2:00p.m. Failure to file such written objection by the response date will allow movant to obtain the relief requested

NOTICE AND MOTION FOR ORDER　　　　1　　　　BUDSBERG LAW GROUP, PLLC
AUTHORIZING DEBTOR TO CONTINUE　　　　　　　　P.O. Box 1489
USING PREPETITION BUSINESS　　　　　　　Olympia, Washington 98507
BANKING ACCOUNT AND CHECKS　　　　　　　　360-584-9093
Case 13-47285-PBS    Doc 5    Filed 11/25/13    Ent. 11/25/13 15:13:03    Pg. 1 of 3

in the motion without further notice of hearing. **Any party who wishes to attend this hearing telephonically must contact the bankruptcy courtroom deputy Shawn Utley at 253 882-3951, prior to the hearing date and time to obtain call in information.**

## MOTION

### FACTUAL BACKGROUND

The Debtor commenced these case on November 25, 2013 (the "Petition Date"), has retained control over its assets, and continues to operate its business pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

### PRE-PETITION CHECKS AND CHECKING ACCOUNTS

The Debtor maintains its operating accounts with Key Bank, Sterling Bank, and US Bank, into which it deposits its revenues and pays its liabilities. The Debtor deposits all end of day sales to Key Bank. Checks are written from the associated checking accounts.

The parties with which the Debtor transacts business will be aware of its status as a debtor-in-possession. It would be needlessly burdensome, as well as, disruptive to business operations, for the Debtor to change its bank accounts and checks. The Debtor therefore respectfully requests that it be authorized to use its prepetition checks and checking accounts without placing the label "debtor-in-possession" on each check. The Debtor also requests that all pre-petition checks for the business purposes be honored.

//

//

//

//

//

NOTICE AND MOTION FOR ORDER  2  BUDSBERG LAW GROUP, PLLC
AUTHORIZING DEBTOR TO CONTINUE  P.O. Box 1489
USING PREPETITION BUSINESS  Olympia, Washington 98507
BANKING ACCOUNT AND CHECKS  360-584-9093

Case 13-47285-PBS    Doc 5    Filed 11/25/13    Ent. 11/25/13 15:13:03    Pg. 2 of 3

## CONCLUSION

Based upon the foregoing, the Debtor respectfully requests that the Court enter an order authorizing it to continue to use its existing cash management system and its prepetition checks and checking accounts and that Key Bank, Sterling Savings Bank and U.S. Bank honor all pre-petition checks written on these accounts.

DATED this 25th day of November, 2013.

BUDSBERG LAW GROUP, PLLC

/s/ Brian L. Budsberg
Brian L. Budsberg, WSBA #11225
Benjamin J. Riley, WSBA#34949

NOTICE AND MOTION FOR ORDER　　　3　　　BUDSBERG LAW GROUP, PLLC
AUTHORIZING DEBTOR TO CONTINUE　　　　P.O. Box 1489
USING PREPETITION BUSINESS　　　Olympia, Washington 98507
BANKING ACCOUNT AND CHECKS　　　360-584-9093

Case 13-47285-PBS    Doc 5    Filed 11/25/13    Ent. 11/25/13 15:13:03    Pg. 3 of 3