```
                          United States Bankruptcy Court
                           Western District of Washington
```

In re:                                                              Case No. 13-47285-PBS
Pettit Oil Company                                                  Chapter 11
        Debtor                   **CERTIFICATE OF NOTICE**

District/off: 0981-3           User: mikek              Page 1 of 1              Date Rcvd: Nov 25, 2013
                               Form ID: ntcdef          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2013.
db              Pettit Oil Company,    10903 South Tacoma WAy Ste 100,    Lakewood, WA  98499-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2013                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2013 at the address(es) listed below:
              Brian L. Budsberg    on behalf of Debtor    Pettit Oil Company paralegal@budsberg.com,
               carol@budsberg.com;ben@budsberg.com
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                             TOTAL: 2

Form ntcdef (11/2012)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:     Pettit Oil Company

Debtor(s).

Case No.: 13–47285–PBS
Chapter: 11

## NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, filed on **November 25, 2013**, contains one or more filing deficiencies which must be corrected. **Failure to file the missing document(s) with the court on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**     **December 2, 2013**

List of the 20 Largest Unsecured Creditors

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**     **December 9, 2013**

Summary of Schedules and Statistical Summary of Certain Liabilities (Form 6)
Schedule A–Real Property
Schedule B–Personal Property
Schedule D–Creditors Holding Secured Claims
Schedule E–Creditors Holding Unsecured Priority Claims
Schedule F–Creditors Holding Unsecured Nonpriority Claims
Schedule G–Executory Contracts and Unexpired Leases
Schedule H–Codebtors
Schedule I–Current Income of Debtor(s)
Schedule J–Current Expenditures of Debtor(s)
Statement of Financial Affairs (Form 7)

**CREDIT COUNSELING REQUIREMENT:**

Not Applicable

DATED: **November 25, 2013**

                                            Mark L. Hatcher
                                            Clerk of the Bankruptcy Court

*Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). The court also does not accept credit or debit cards*

*from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court.*

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.