```
                              United States Bankruptcy Court
                              Western District of Washington

In re:                                                              Case No. 13-47285-PBS
Pettit Oil Company                                                  Chapter 11
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0981-3          User: terrir              Page 1 of 2          Date Rcvd: Nov 29, 2013
                              Form ID: b9f              Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2013.
db             Pettit Oil Company,    10903 South Tacoma WAy Ste 100,    Lakewood, WA 98499-4609
aty           +Benjamin J. Riley,    Budsberg Law Group PLLC,    1115 W Bay Dr Ste 201,   Olympia, WA 98502-4658
aty            Geoffrey Groshong,    601 Union St Ste 4400,    Seattle, WA 98101-2352
aty           +John R Knapp, Jr,    Miller Nash LLP,   601 Union St Ste 4400,    Seattle, WA 98101-1367
aty           +Mark J Rosenblum,    Eisenhower & Carlson PLLC,    1201 Pacific Avenue, Suite 1200,
                Tacoma, WA 98402-4395
aty           +Merrilee A MacLean,    Hanson Baker Ludlow Drumheller, P.S.,    2229 - 112th Avenue NE,
                Bellevue, WA 98004-2981
aty           +Michael D Bohannon,    Michael D Bohannon PLLC,    PO Box 2326,   Poulsbo, WA 98370-0904
aty           +William L. Courshon,    700 Stewart St Ste 5103,    Seattle, WA 98101-4438
smg           +Attorney General's Office,    Bankruptcy and Collections Unit,    800 5th Ave Ste 2000,
                Seattle, WA 98104-3188
sr            +EMAC Owner Trust 1999-1,    c/o Geoffrey Groshong,    Miller Nash LLP,   601 Union Street #4400,
                Seattle, WA 98101-1367
sr            +EMAC Owner Trust 1999-1,    c/o John R. Knapp, Jr., P.C.,    Miller Nash LLP,
                601 Union Street #4400,    Seattle, WA 98101-1367
sr            +Fairground's Market L.L.C.,    c/o Michael D. Bohannon,    P.O. Box 2326,   Poulsbo, WA 98370-0904
cr            +IPC (USA) Inc.,    c/o Merrilee M. MacLean,    Hanson Baker Ludlow Drumheller, PS,
                2229 112th Avenue NE, #200,    Bellevue, WA 98004-2981
sr            +KeyBank National Association,    Eisenhower Carlson PLLC,    c/o Mark J. Rosenblum,
                1201 Pacific Avenue, Suite 1200,    Tacoma, WA 98402-4395
954810883     +Ally Bank,   6985 S Union Park Ctr Ste 435,    Midvale, UT 84047-4176
954810885     +Camcal, Inc,    1970 Milwaukee Way,   Tacoma, WA 98421-2702
954810886     +Canon Financial,    158 Gaither Dr Ste 200,    Mount Laurel, NJ 08054-1716
954810889     +Chevron USA Inc,    Main Office,   345 California St,    San Francisco, CA 94104-2606
954810888     +Chevron USA Inc,    Attn: John S Watson, Chairman,    & Chief Executive Officer,
                6001 Bollinger Canyon Rd,    San Ramon, CA 94583-2324
954810890     +Christenson Oil/HAJ Inc,    3865 NW St Helens Rd,    Portland, OR 97210-1434
954810891      Conoco-Phillips,    600 N Dairy Ashford Rd,    PO Box 2197,   Houston, TX 77252-2197
954810892     +De Lange Landen,    1111 Old Eagle School Rd,    Wayne, PA 19087-1453
954810894     +Don Thomas Petroleum Inc,    2727 NW St Helens Rd,    Portland, OR 97210-2243
954810895     +Golden Gate Petroleum,    1340 Arnold Dr Ste 231,    Martinez, CA 94553-4189
954810896     +Industrial Fluid Power,    1021 S Church St,    Rocky Mount, NC 27803-2920
954810899      KeyBank, NA,    Attn: Richard H. Johanson,    Key Bank Business Capital,   1800 Key Center,
                Cleveland, OH 44114
954810900     +NMHG Financial Services Inc,    PO Box 643749,    Pittsburgh, PA 15264-3749
954810901      Norm and Linda Sather,    10903 S Tacoma Way Ste 100,    Lakewood, WA 98499-4609
954810902     +PACCAR Financial Corp,    777 106th Ave NE,    Bellevue, WA 98004-5027
954810903     +Petrocard Systems Inc,    730 Central Ave S,    Kent, WA 98032-6109
954810904     +Pioneer Oil,    9270 NE Glisan,   Portland, OR 97220-4500
954810905     +Power Service,    PO Box 1089,   Sunray, TX 79086-1089
954810906     +Reid Property Management,    9564 Silverdale Way NW Ste 200,    Silverdale, WA 98383-8534
954810907     +SeQuential Pacific Biodiesel,    4735 Turner Rd SE,    Salem, OR 97317-9307
954810908     +Snider Petroleum Corporation,    5517 W Valley Hwy Bldg C,    PO Box 368,   Sumner, WA 98390-0070
954810909     +Targa Sound Terminal,    2628 Marine View Dr,    Tacoma, WA 98422-3504
954810910     +Tesoro,   19100 Ridgewood Parkway,    San Antonio, TX 78259-1834
954810914     +US Oil,   A Division of Venture, Inc,,    Headquarters,    425 Better Way,
                Appleton, WI 54915-6192
954810913     +US Oil,   3001 Marshall Ave,    Tacoma, WA 98421-3116
954810911     +United State Dept of Justice,    U.S. Attorney General,    950 Pennsylvania Ave NW,
                Washington, DC 20530-0009
954810915     +Washington State,    Dept of Justice,   Attorney General,    1125 Washington St SE,
                Olympia, WA 98501-2283
954810916     +Waterstone Asset Management,    Attn: Roy H. Owen,    Managing Director,
                8720 Red Oak Blvd Ste 300,    Charlotte, NC 28217-4936
954810917     +Yorkston Oil Co., Inc.,    2801 Roeder Ave,    Bellingham, WA 98225-2053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: paralegal@budsberg.com Nov 29 2013 21:29:12     Brian L. Budsberg,
                Budsberg Law Group PLLC,    1115 W Bay Dr Ste 201,    Olympia, WA 98502
aty           +EDI: QTJDONAHUE.COM Nov 29 2013 21:28:00      Terrence J Donahue,    Eisenhower & Carlson PLLC,
                1201 Pacific Ave Ste 1200,    Tacoma, WA 98402-4395
smg            EDI: IRS.COM Nov 29 2013 21:33:00      Internal Revenue Service,
                Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
smg           +E-mail/Text: LAROBankruptcy@SEC.gov Nov 29 2013 21:29:36     Securities and Exchange Commission,
                Bankruptcy Counsel,    5670 Wilshire Blvd,    11th Floor,   Los Angeles, CA 90036-5627
smg            EDI: WADEPREV.COM Nov 29 2013 21:33:00      State of Washington,    Department of Revenue,
                2101 4th Ave, Ste 1400,    Seattle, WA  98121-2300
cr            +EDI: QTJDONAHUE.COM Nov 29 2013 21:28:00      KeyBank N.A.,    c/o Terrence J. Donahue,
                Eisenhower Carlson, PLLC,    1201 Pacific Ave, Ste 1200,    Tacoma, WA 98402-4395
954810884     +E-mail/Text: bknotices@bankofthewest.com Nov 29 2013 21:29:44      Bank of the West,
                201 North Civic Dr. Ste 360B,    Walnut Creek, CA 94596-3896
954810887     +EDI: RMSC.COM Nov 29 2013 21:33:00      Chevron USA Inc,    2005 Diamond Blvd Rm 2184,
                Concord, CA 94520-5739
```

Case 13-47285-PBS    Doc 31    Filed 12/01/13    Ent. 12/01/13 21:10:49    Pg. 1 of 4

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
954810893     EDI: RCSDELL.COM Nov 29 2013 21:28:00      Dell Financial Services,   One Dell Way,
              Round Rock, TX 78682
954810882     EDI: IRS.COM Nov 29 2013 21:33:00      Internal Revenue Service,   Ogden, UT 84201-0039
954810898    +E-mail/Text: customerservice@usipc.com Nov 29 2013 21:29:33      IPC,   Attn: Randy Jones, Sr VP,
              20 Pacifica Ste 650,   Irvine, CA 92618-3391
954810897     EDI: IRS.COM Nov 29 2013 21:33:00      Internal Revenue Service,   P.O. Box 7346,
              Philadelphia, PA 19101-7346
954810912    +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Nov 29 2013 21:29:27      United States Trustee,
              700 Stewart St Ste 5103,   Seattle, WA 98101-4438
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust*         +United States Trustee,    700 Stewart St Ste 5103,    Seattle, WA 98101-4438
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2013 at the address(es) listed below:
```
              Benjamin J. Riley    on behalf of Debtor    Pettit Oil Company ben@budsberg.com,
               paralegal@budsberg.com;carol@budsberg.com
              Brian L. Budsberg    on behalf of Debtor    Pettit Oil Company paralegal@budsberg.com,
               carol@budsberg.com;ben@budsberg.com
              Geoffrey Groshong    on behalf of Special Request    EMAC Owner Trust 1999-1
               geoff.groshong@millernash.com, kalen.daniels@millernash.com;lisa.banis@millernash.com
              John R Knapp, Jr    on behalf of Special Request    EMAC Owner Trust 1999-1
               john.knapp@millernash.com, kalen.daniels@millernash.com;lisa.banis@millernash.com
              Mark J Rosenblum    on behalf of Special Request    KeyBank National Association
               mrosenblum@eisenhowerlaw.com, jfernando@eisenhowerlaw.com
              Merrilee A MacLean    on behalf of Creditor    IPC (USA) Inc. mmaclean@hansonbaker.com,
               sknight@hansonbaker.com
              Michael D Bohannon    on behalf of Special Request    Fairground's Market L.L.C.
               mike@bohannonlaw.com, melissa@bohannonlaw.com
              Terrence J Donahue    on behalf of Creditor    KeyBank N.A. tjdbankruptcy@eisenhowerlaw.com
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
              William L. Courshon    on behalf of US Trustee    United States Trustee bill.l.courshon@usdoj.gov,
               Young-Mi.Petteys@usdoj.gov;Tara.Maurer@usdoj.gov;Martha.A.VanDraanen@usdoj.gov
                                                                                               TOTAL: 10
```

# UNITED STATES BANKRUPTCY COURT
## Western District of Washington

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines
## Notice of Ex Parte Motion to Dismiss if Debtor Fails to Appear at the Sec. 341 Meeting

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on **November 25, 2013**.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Pettit Oil Company
10903 South Tacoma WAy Ste 100
Lakewood, WA 98499−4609

| | |
|---|---|
| Case Number: 13−47285−PBS<br>Office Code: 3 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other nos:<br>91−0754501 |
| Attorney for Debtor(s) (name and address):<br>Brian L. Budsberg<br>Budsberg Law Group PLLC<br>1115 W Bay Dr Ste 201<br>Olympia, WA 98502<br>Telephone number: 360−584−9093 | |

## Meeting of Creditors
Date: **January 8, 2014**          Time: **09:30 AM**
Location: **Courtroom J, Union Station, 1717 Pacific Avenue, Tacoma, WA 98402**

## Deadline to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

Notice of deadline will be sent at a later time.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: March 10, 2014**

## Creditors May Not Take Certain Actions:
Generally, the filing of the bankruptcy case automatically stays certain collection and other actions against the Debtor and the Debtor's property. There are some exceptions provided for in 11 U.S.C. § 362. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1717 Pacific Avenue<br>Suite 2100<br>Tacoma, WA 98402<br>Telephone number: 253−882−3900 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Mark L. Hatcher<br><br>This case has been assigned to Judge Paul B. Snyder. |
| Hours Open: Monday − Friday 8:30 AM − 4:30 PM | Date: November 29, 2013 |

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Notice Re: Dismissal | If the Debtor fails to file required schedules, statements or lists within 14 days from the date the petition was filed, the U.S. Trustee will apply for an ex parte order of dismissal on the seventh day after the deadline passes. If the Debtor or joint Debtor fails to appear at the meeting of creditors, the U.S. Trustee will apply ex parte for an order of dismissal seven days after the date scheduled for the meeting of creditors, or the date of any rescheduled or continued meeting. **This is the only notice you will receive of the U.S. Trustee's Motion to Dismiss the case.** If you wish to oppose the dismissal, you must file a written objection within seven days after the applicable deadline passes, i.e. 14–day deadline or date of meeting of creditors. |

Refer to Other Side for Important Deadlines and Notices