In re __**Pettit Oil Company**_____ ,　　Case No. ___**13-47285**_____

　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | | | | | |
| Aberdeen Office Equipment Inc 322 E 1st St Aberdeen, WA 98520 | | | | | | | | | 130.09 |
| Account No. | | | | | | | | | |
| Advanced Environmental Sltns PO Box 1152 Kent, WA 98035-1152 | | | | | | | | | 8,138.30 |
| Account No. | | - | | | | | | | |
| Airgas Nor Pac Inc PO Box 7423 Pasadena, CA 91109-7423 | | | | | | | | | 49.75 |
| Account No. | | - | | | | | | | |
| Allegiance Cobra Services Inc PO Box 2097 Missoula, MT 59806 | | | | | | | | | 50.00 |
| __31__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 8,368.14 |

In re **Pettit Oil Company** ,     Case No. __13-47285__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Allube Inc** <br> **2200 Bay Ave** <br> **Hoquiam, WA 98550** | | - | | | | | | 56.21 |
| Account No. <br><br> **ALS Laboratory Group** <br> **PO Box 975447** <br> **Dallas, TX 75397-5447** | | - | | | | | | 757.66 |
| Account No. <br><br> **American Express** <br> **PO Box 650448** <br> **Dallas, TX 75265-0448** | | - | | | | | | 3,395.67 |
| Account No. <br><br> **Anderson's Western Sales Inc** <br> **35840 Industrial Way** <br> **PO Box 248** <br> **Saint Helens, OR 97051** | | - | | | | | | 418.00 |
| Account No. <br><br> **Annette Sullivan** <br> **7315 288th St E** <br> **Graham, WA 98338** | | - | | | | | | 59.95 |

Sheet no. __1__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,687.49**

In re  **Pettit Oil Company**                                    ,        Case No.    **13-47285**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Antich Supply Co** **405 W Market St** **Aberdeen, WA 98520** | - | | | | | | 119.02 |
| Account No. | | | | | | | |
| **Aramark Uniform** **PO Box 101223** **Pasadena, CA 91189-0005** | - | | | | | | 114.89 |
| Account No. | | | | | | | |
| **Atlas Trucking Inc** **PO Box 219** **Port Angeles, WA 98362** | - | | | | | | 60.43 |
| Account No. | | | | | | | |
| **B&B Automotive Inc** **301 W Market St** **Aberdeen, WA 98520** | - | | | | | | 67.30 |
| Account No. | | | | | | | |
| **B&B Automotive Inc** **301 W Market St** **Aberdeen, WA 98520** | - | | | | | | 67.30 |

Sheet no. __2__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   428.94

In re **Pettit Oil Company**                              ,     Case No.    **13-47285**

                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Battery Power Systems** <br> **201 Frontage Rd N Ste A** <br> **Pacific, WA 98047** | | - | | | | | 572.37 |
| Account No. <br><br> **Berkley North Pacific** <br> **13920 SE Eastgate Way** <br> **Bellevue, WA 98005** | | - | | | | | 30,435.00 |
| Account No. <br><br> **Bramstedt Sales Inc** <br> **PO Box 499** <br> **Cosmopolis, WA 98537** | | - | | | | | 162.47 |
| Account No. <br><br> **Bremerton Bottling Co Inc** <br> **5210 1st St** <br> **Bremerton, WA 98312-3342** | | - | | | | | 629.05 |
| Account No. <br><br> **C&D Propane** <br> **2925 Black Lake BLVD SW** <br> **Olympia, WA 98512-6121** | | - | | | | | 21.30 |

Sheet no. __3__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **31,820.19**

In re **Pettit Oil Company** _____,     Case No. _____**13-47285**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Camcal** **1970 Milwaukee Way** **Tacoma, WA 98421-2702** | - | | | | | | 5,723.24 |
| Account No. | | | | | | | |
| **Canon Financial Services** **14904 Collections Center Dr** **Chicago, IL 60693-0149** | - | | | | | | 893.40 |
| Account No. | | | | | | | |
| **Capital Business machines Inc** **3660 Pacific Ave** **PO Box 1456** **Olympia, WA 98507** | - | | | | | | 225.26 |
| Account No. | | | | | | | |
| **Capital Industrial Inc** **2649 RW Johnson Blvd SW** **Olympia, WA 98512** | - | | | | | | 1,416.62 |
| Account No. | | | | | | | |
| **Carquest Auto Parts** **PO Box 404875** **Atlanta, GA 30384-4875** | - | | | | | | 15.14 |

Sheet no. __4___ of __31__ sheets attached to Schedule of          Subtotal          8,273.66
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

In re __Pettit Oil Company_____,  Case No. ___13-47285_____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Cathy Rogers 1532 15th Ave E Seattle, WA 98112 | | - | | | | | | 177.37 |
| Account No. | | | | | | | | |
| Chevron Texaco 5531 NW Doan St PO Box 4168 Portland, OR 97208 | | - | | | | | | 734,942.17 |
| Account No. | | | | | | | | |
| Chris Williams 27 Hunter Ranch Rd Elma, WA 98541 | | - | | | | | | 281.90 |
| Account No. | | | | | | | | |
| Christenson Oil/HAJ Inc 3865 NW St Helens Rd Portland, OR 97210 | | - | | | | | | 1,148.54 |
| Account No. | | | | | | | | |
| Cigna Health Care 5476 Collection Center Chicago, IL 60693-0547 | | - | | | | | | 71,345.00 |

Sheet no. __5___ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

807,894.98

In re __Pettit Oil Company_____,  Case No. ____13-47285_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Cintas Corp & Subsidiaries** PO Box 650838 Bend, OR 97702 | - | | | | | | 1,656.35 |
| Account No. | | | | | | | |
| **City of Aberdeen** 200 E Market St Aberdeen, WA 98520-5242 | - | | | | | | 330.74 |
| Account No. | | | | | | | |
| **City of Port Angeles** PO Box 1150 Port Angeles, WA 98362 | - | | | | | | 183.72 |
| Account No. | | | | | | | |
| **City of Port Townsend** 250 Madison St Port Townsend, WA 98368-5738 | - | | | | | | 33.54 |
| Account No. | | | | | | | |
| **Coco-Cola Refreshments** PO Box 740214 Los Angeles, CA 90074-0214 | - | | | | | | 1,909.98 |

Sheet no. __6___ of __31___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | 4,114.33

In re **Pettit Oil Company**                                    ,    Case No. _____**13-47285**_____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Comdata Corp<br>PO Box 3389<br>Brentwood, TN 37024 | - | | | | | | | | 626.70 |
| Account No. | | | | | | | | | |
| Comfort, Davies & Smith PS<br>1901 65th Ave W Ste 200<br>Tacoma, WA 98466 | - | | | | | | | | 625.00 |
| Account No. | | | | | | | | | |
| Commerical Fueling Network<br>PO Box 536722<br>Atlanta, GA 30353-6722 | - | | | | | | | | 69.05 |
| Account No. | | | | | | | | | |
| Conoco-Phillips<br>601 Union St Ste 2500<br>Seattle, WA 98101 | - | | | | | | | | 1,539,261.67 |
| Account No. | | | | | | | | | |
| Continental Commercial Group<br>317 S Brand Blvd<br>Glendale, CA 91204-1701 | - | | | | | | | | 264.34 |

Sheet no. _**7**_ of _**31**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) — **1,540,846.76**

In re **Pettit Oil Company** , Case No. **13-47285**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Costco HSBC Business Solutions PO Box 5219 Carol Stream, IL 60197-5219 | - | | | | | | | 13.25 |
| Account No. | | | | | | | | |
| Cuz Concrete Products 19604 67th Ave NE Arlington, WA 98223-8769 | - | | | | | | | 598.80 |
| Account No. | | | | | | | | |
| Databar Inc 2908 Meridian E Ste 201 Puyallup, WA 98371-2111 | - | | | | | | | 3,806.12 |
| Account No. | | | | | | | | |
| Dennis Sales Co 146 5th St Raymond, WA 98577-2599 | - | | | | | | | 77.38 |
| Account No. | | | | | | | | |
| Dex Media West PO Box 79167 Phoenix, AZ 85062-9167 | - | | | | | | | 121.65 |

Sheet no. __8__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 4,617.20 |

In re **Pettit Oil Company**                                           ,          Case No. ___13-47285___
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **DM2 Software Inc** 7700 NE Greenwood Dr Ste 200 Vancouver, WA 98662 | | - | | | | | | 1,504.00 |
| Account No. | | | | | | | | |
| **Don Thomas Petroleum Inc** PO Box 10223 Portland, OR 97296 | | - | | | | | | 281.40 |
| Account No. | | | | | | | | |
| **Drug Free Business** 1511 NE 195th St Ste 102 Bothell, WA 98011-5769 | | - | | | | | | 20.00 |
| Account No. | | | | | | | | |
| **East County Rentals Inc** 164 A Wenzel Slough Rd Elma, WA 98541 | | - | | | | | | 151.76 |
| Account No. | | | | | | | | |
| **Electronic Resourcing Inc** 2500 Mottiman Rd SW Ste B Olympia, WA 98512 | | - | | | | | | 13.95 |

Sheet no. __9__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            1,971.11

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

In re **Pettit Oil Company** ,                    Case No. **13-47285**
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Fastenal Company** **PO Box 1286** **Winona, MN 55987-1286** | - | | | | | | | 153.06 |
| Account No. | | | | | | | | |
| **Fireguard Extinguisher Service** **dba Cole Enterprises Inc** **PO Box 228** **Montesano, WA 98563-0228** | - | | | | | | | 52.64 |
| Account No. | | | | | | | | |
| **First State Bank of Newcastle** **24 Summer St** **Newcastle, WY 82701** | - | | | | | | | 14,192.66 |
| Account No. | | | | | | | | |
| **Fleet Mobile Lube** **2423 211 Ave E** **Lake Tapps, WA 98391** | - | | | | | | | 315.51 |
| Account No. | | | | | | | | |
| **Fleetpride Truck & Trailer** **PO Box 847118** **Dallas, TX 75284-7118** | - | | | | | | | 344.75 |

Sheet no. __10__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **15,058.62**

Case 13-47285-PBS    Doc 44    Filed 12/04/13    Ent. 12/04/13 18:08:48    Pg. 11 of 32

In re **Pettit Oil Company**                                    ,  Case No. ___13-47285___

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Friedman & Bruya Inc** <br> **3012 16th Ave W** <br> **Seattle, WA 98119-2029** | | - | | | | | 630.00 |
| Account No. <br><br> **Frito-Lay** <br> **75 Remittance Dr Ste 1217** <br> **Chicago, IL 60675-1217** | | - | | | | | 580.99 |
| Account No. <br><br> **G-Logics** <br> **40 2nd Ave SE** <br> **Issaquah, WA 98027-3452** | | - | | | | | 18,008.23 |
| Account No. <br><br> **Golden Gate Petroleum** <br> **1340 Arnold Dr Ste 231** <br> **Martinez, CA 94553** | | - | | | | | 27,600.38 |
| Account No. <br><br> **Grays Harbor PUD** <br> **PO Box 510** <br> **Aberdeen, WA 98520** | | - | | | | | 437.74 |

Sheet no. __11__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  | 47,257.34

In re __Pettit Oil Company__ _____ ,  Case No. ___13-47285_____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Harbor Auto and Truck Parts** <br> **2606 Sumner Ave** <br> **Hoquiam, WA 98550** | - | | | | | | **41.15** |
| Account No. <br><br> **Harbor Disposal Company** <br> **PO Box 60248** <br> **Los Angeles, CA 90060-0278** | - | | | | | | **101.42** |
| Account No. <br><br> **Harbor Wholesale Grocery Inc** <br> **3901 Hogum Bay Rd NE** <br> **Olympia, WA 98516** | - | | | | | | **6,411.90** |
| Account No. <br><br> **HC Distributing** <br> **2744 Grand Fir Pl SE** <br> **Port Orchard, WA 98366** | - | | | | | | **37.13** |
| Account No. <br><br> **Home Depot** <br> **PO Box 183175** <br> **Columbus, OH 43218-3175** | - | | | | | | **501.21** |

Sheet no. __12__ of __31__ sheets attached to Schedule of                     Subtotal                **7,092.81**
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

In re **Pettit Oil Company** _____,   Case No. ___**13-47285**_____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Hometown Sanitation LLC** <br> **PO Box 508** <br> **Hoquiam, WA 98550-0508** | - | | | | | | 159.14 |
| Account No. <br><br> **IFCO Industrial Container Syst** <br> **PO Box 2067** <br> **Montebello, CA 90640** | - | | | | | | 12,233.40 |
| Account No. <br><br> **Image Signs and Design LLC** <br> **718 28th St Unit A** <br> **Bremerton, WA 98312-3347** | - | | | | | | 353.27 |
| Account No. <br><br> **Industrial Fluid Power** <br> **2012 NW 143rd** <br> **Portland, OR 97229** | - | | | | | | 2,394.00 |
| Account No. <br><br> **Industrial Supply Inc** <br> **2314 E Bakerview Rd** <br> **Bellingham, WA 98226** | - | | | | | | 94.57 |

Sheet no. __**13**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      15,234.38

In re **Pettit Oil Company**                                          Case No. **13-47285**
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Insight Direct USA Inc** **PO Box 731069** **Dallas, TX 75373-1069** | - | | | | | | 315.30 |
| Account No. | | | | | | | |
| **Interluve Corp** **4646 Baker Ave** **Cincinnati, OH 45212-2594** | - | | | | | | 358.12 |
| Account No. | | | | | | | |
| **IPC (USA) Inc** **20 Pacifica Ste 650** **Irvine, CA 92618** | - | | | | | | 115,864.18 |
| Account No. | | | | | | | |
| **James R. Tener** **5109 Baker Way NW** **Gig Harbor, WA 98332** | - | | | | | | 34.35 |
| Account No. | | | | | | | |
| **Jean Rohrs** **6521 S L St** **Tacoma, WA 98408** | - | | | | | | 115.40 |

Sheet no. **14** of **31** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **116,687.35**

In re __Pettit Oil Company_____,  Case No. ___13-47285_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kathleen Stevens** <br> **515 14th St SW** <br> **Puyallup, WA 98371** | - | | | | | | 209.23 |
| Account No. <br><br> **Kenan Advantage Group Inc** <br> **4366 Mt Pleasant St NW** <br> **North Canton, OH 44720** | - | | | | | | 87,115.73 |
| Account No. <br><br> **Kenworth NW Inc** <br> **120 S Maple St** <br> **Aberdeen, WA 98520** | - | | | | | | 1,120.31 |
| Account No. <br><br> **Kibble & Prentice/Schwab** <br> **Two Union Square** <br> **601 Union St** <br> **Seattle, WA 98101** | - | | | | | | 19,326.64 |
| Account No. <br><br> **Kitco Couriers** <br> **PO Box 994** <br> **Port Orchard, WA 98366** | - | | | | | | 1,195.20 |

Sheet no. __15__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **108,967.11**

Case 13-47285-PBS    Doc 44    Filed 12/04/13    Ent. 12/04/13 18:08:48    Pg. 16 of 32

In re __Pettit Oil Company_____,     Case No. ____13-47285_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Kitsap County Public Works** **614 Division St MS 27** **Port Orchard, WA 98366-4686** | - | | | | | | 59.90 |
| Account No. | | | | | | | |
| **Lakeview Light & Power** **11509 Bridgeport Way SW** **Lakewood, WA 98499-3041** | - | | | | | | 320.10 |
| Account No. | | | | | | | |
| **Lane Powell** **1420 5th Ave Ste 4100** **Seattle, WA 98101-2338** | - | | | | | | 11,368.00 |
| Account No. | | | | | | | |
| **Larsco Inc** **PO Box 1127** **Clackamas, OR 97015** | - | | | | | | 142.31 |
| Account No. | | | | | | | |
| **Les Schwab** **2825 Capital Mall Dr** **Olympia, WA 98502** | - | | | | | | 2,248.54 |

Sheet no. __16__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                14,138.85

In re **Pettit Oil Company** , Case No. **13-47285**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Marine View Beverage 1402 Puyallup St Sumner, WA 98390 | | - | | | | | 378.00 |
| Account No. | | | | | | | |
| Mascott Equipment Co Inc 435 NE Hancock Portland, OR 97212 | | - | | | | | 4,533.24 |
| Account No. | | | | | | | |
| Mason County PUD PO Box 2148 Shelton, WA 98584 | | - | | | | | 71.30 |
| Account No. | | | | | | | |
| Mobile Wash NW LLC PO Box 699 Marysville, WA 98271 | | - | | | | | 65.52 |
| Account No. | | | | | | | |
| Mountain Mist PO Box 84447 Seattle, WA 98124-5747 | | - | | | | | 27.07 |

Sheet no. __17__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,075.13

In re __**Pettit Oil Company**_____,    Case No. ____**13-47285**_____
　　　　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Murrey's Disposal Co Inc** <br>**PO Box 60248** <br>**Los Angeles, CA 90060-0248** | - | | | | | | | 176.56 |
| Account No. <br><br>**NACM Business Credit Svc** <br>**PO Box 21966** <br>**Seattle, WA 98111-3966** | - | | | | | | | 8.75 |
| Account No. <br><br>**NAPA Auto Parts** <br>**2250 Mottman Rd SW** <br>**Olympia, WA 98512** | - | | | | | | | 288.10 |
| Account No. <br><br>**North Stream LLC** <br>**4904 Kitsap Way** <br>**Bremerton, WA 98312** | - | | | | | | | 5,777.92 |
| Account No. <br><br>**NW Environmental Solutions Inc** <br>**PO Box 1583** <br>**Sumner, WA 98390** | - | | | | | | | 1,200.00 |

Sheet no. __**18**__ of __**31**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　**7,451.33**

In re __Pettit Oil Company_____,   Case No. ___13-47285_____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| NW Pump & Equipment Co 2800 NW 31st Ave Portland, OR 97210 | | - | | | | | | 122.43 |
| Account No. | | | | | | | | |
| NW Truck & Industrial Inc 2816 Black Lake Blvd SW Olympia, WA 98512 | | - | | | | | | 1,129.27 |
| Account No. | | | | | | | | |
| O'Reilly Automotive Stores inc PO Box 1156 Springfield, MO 65801-9464 | | - | | | | | | 110.23 |
| Account No. | | | | | | | | |
| Occupational Medicine 10513 silverdale Way NW St 101 Silverdale, WA 98383 | | - | | | | | | 29.00 |
| Account No. | | | | | | | | |
| Olympic DM Disposal PO Box 60248 Los Angeles, CA 90060-0248 | | - | | | | | | 26.20 |

Sheet no. __19__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      1,417.13

In re __Pettit Oil Company__ _____,    Case No. ___13-47285___
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Pacific Fluids LLC 2244 Port of Tacoma Rd Tacoma, WA 98421 | - | | | | | | 645.00 |
| Account No. | | | | | | | |
| Pacific Meter & Equipment 7029 Florin-Perkins Rd Sacramento, CA 95828 | - | | | | | | 652.51 |
| Account No. | | | | | | | |
| Pacific Office Equipment 314 E 8th St Port Angeles, WA 98362-6218 | - | | | | | | 97.22 |
| Account No. | | | General unsecured accounts payable of $3,425,283.00 which is part of the offset of the obligation owed by Pettit Properties, LLC as listed in Schedule B of these schedules | | | | |
| Pacific Oil Products Co 10903 S Tacoma Way #100 Lakewood, WA 98499-4609 | - | | | | | | 3,425,283.00 |
| Account No. | | | | | | | |
| Pacific Western Equipment 6975 Union Park Center Ste 200 Midvale, UT 84047 | - | | | | | | 2,732.54 |

Sheet no. __20__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          | 3,429,410.27

In re  **Pettit Oil Company**                          ,          Case No. **13-47285**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Paetec** **PO Box 9001013** **Louisville, KY 40290-1013** | - | | | | | | 5,989.33 |
| Account No. | | | | | | | |
| **Parker Corporate Svc Inc** **dba Business Extension Svc** **2009 Iron St** **Bellingham, WA 98225** | - | | | | | | 265.00 |
| Account No. | | | | | | | |
| **Parker Smith Feek** **PO Box 84535** **Seattle, WA 98124-5835** | - | | | | | | 8,504.36 |
| Account No. | | | | | | | |
| **People's Choice Maint** **330 SW 43rd St Ste K** **PMB 386** **Renton, WA 98057** | - | | | | | | 285.00 |
| Account No. | | | | | | | |
| **Pepsi Beverages Co** **PO Box 75948** **Chicago, IL 60675** | - | | | | | | 1,102.45 |

Sheet no. __21__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **16,146.14**

In re  **Pettit Oil Company**                                          ,          Case No.  **13-47285**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Petrocard Systems Inc** <br> **730 Central Ave S** <br> **Kent, WA 98032-8109** | - | | | | | | 5,738.75 |
| Account No. <br><br> **Phoenix Environmental Services** <br> **2212 Port of tacoma Rd** <br> **Tacoma, WA 98421** | - | | | | | | 3,375.00 |
| Account No. <br><br> **Pierce County** <br> **PO Box 11620** <br> **Tacoma, WA 98411-6620** | - | | | | | | 38.34 |
| Account No. <br><br> **Pioneer International** <br> **9270 NE Glisan** <br> **Portland, OR 97220-4500** | - | | | | | | 10,404.77 |
| Account No. <br><br> **Polar Service Centers** <br> **7600 E Sam Houston Pkwy N** <br> **Houston, TX 77049** | - | | | | | | 1,456.63 |

Sheet no. __22__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                21,013.49

In re **Pettit Oil Company**       ,    Case No.   __13-47285__

                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Power Service Products Inc PO Box 678366 Dallas, TX 75267-8366 | - | | | | | | 810.00 |
| Account No. | | | | | | | |
| Powerup Fleet 61126 Ladera Rd Bend, OR 97702 | - | | | | | | 2,697.00 |
| Account No. | | | | | | | |
| Puget Sound Dairy Dist 4925 Auto Center Blvd Bremerton, WA 98312-3347 | - | | | | | | 353.27 |
| Account No. | | | | | | | |
| Purchase Power PO Box 371874 Pittsburgh, PA 15250-7874 | - | | | | | | 2,884.55 |
| Account No. | | | | | | | |
| Quality Car Care Inc 614 Myrtle St Hoquiam, WA 98550 | - | | | | | | 400.00 |

Sheet no. __23__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal      | 7,144.82 |
(Total of this page)

In re __Pettit Oil Company__ _____,     Case No. ___13-47285_____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| RAAB & RAAB Properties LLC 2518 South Oak Port Angeles, WA 98362 | - | | | | | | | 19,125.90 |
| Account No. | | | | | | | | |
| Republic Bank Inc 1560 S Renaissance Towne Dr Ste 260 Bountiful, UT 84010 | - | | | | | | | 12,730.62 |
| Account No. | | | | | | | | |
| Restockit.com 4350 Oakes Rd Ste 512 Fort Lauderdale, FL 33314-2223 | - | | | | | | | 117.71 |
| Account No. | | | | | | | | |
| Rick's Auto Repair 3531 Pacific Ave SE Olympia, WA 98501 | - | | | | | | | 660.47 |
| Account No. | | | | | | | | |
| Ringz Communications LLC 78 Kingsland Rd Union Central Bldg 78-96 London England E2-8DP | - | | | | | | | 65.71 |

Sheet no. __24__ of __31__ sheets attached to Schedule of          Subtotal                    32,700.41
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

In re __Pettit Oil Company__ ,     Case No. ___13-47285___
            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Robblee's Total Security Inc**<br>**751 Tacoma Ave S**<br>**Tacoma, WA 98402-2206** | - | | | | | | 43.58 |
| Account No. | | | | | | | |
| **Rubating Refuse Removal Inc**<br>**PO Box 1029**<br>**Everett, WA 98206** | - | | | | | | 72.61 |
| Account No. | | | | | | | |
| **Security Services NW Inc**<br>**PO Box 660**<br>**Port Townsend, WA 98368** | - | | | | | | 164.00 |
| Account No. | | | | | | | |
| **Sequential Pacific Biodiesel**<br>**4735 Turner Rd SE**<br>**Salem, OR 97317** | - | | | | | | 55,974.15 |
| Account No. | | | | | | | |
| **SME Solutions LLC**<br>**2302 A Street**<br>**Tacoma, WA 98402** | - | | | | | | 2,012.73 |

Sheet no. __25__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)     58,267.07

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

In re   **Pettit Oil Company**                     ,      Case No.    **13-47285**

                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Snider Petroleum** <br> **PO Box 368** <br> **Sumner, WA 98390** | - | | | | | | 495.44 |
| Account No. <br><br> **Source North America Corp** <br> **510 S Westgate Dr** <br> **Addison, IL 60101** | - | | | | | | 440.95 |
| Account No. <br><br> **Spectra Laboratories** <br> **2221 Ross Way** <br> **Tacoma, WA 98421** | - | | | | | | 390.00 |
| Account No. <br><br> **Structured Comm Systems** <br> **12901 SE 97th Ave Ste 400** <br> **Clackamas, OR 97015** | - | | | | | | 2,411.49 |
| Account No. <br><br> **Sunset Do Ot Best Hardware** <br> **PO Box 1083** <br> **Port Angeles, WA 98362** | - | | | | | | 8.08 |

Sheet no. __26__ of __31__ sheets attached to Schedule of           Subtotal        | 3,745.96
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)

In re __Pettit Oil Company__            ,     Case No. __13-47285__
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Tacoma Screw Products Inc** <br> **2001 Center St** <br> **Tacoma, WA 98409-7895** | - | | | | | | 151.29 |
| Account No. <br><br> **Tanklink** <br> **1000 East State Parkway** <br> **Unit F** <br> **Schaumburg, IL 60173** | - | | | | | | 23.88 |
| Account No. <br><br> **Targa Sound Terminal** <br> **2628 Marine View Dr** <br> **Tacoma, WA 98422** | - | | | | | | 7,696.08 |
| Account No. <br><br> **Tarr Acquisition LLC** <br> **MS 15** <br> **PO Box 4100** <br> **Portland, OR 97208** | - | | | | X | X | 36,000.00 |
| Account No. <br><br> **Tesoro** <br> **300 Concord Plaza Dr** <br> **San Antonio, TX 78216** | - | | | | | | 1,648,609.57 |

Sheet no. __27__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal         | 1,692,480.82
(Total of this page)

In re **Pettit Oil Company**                                      ,     Case No. ___13-47285___
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Toledotel** PO Box 669 Toledo, WA 98591 | | - | | | | | 60.40 |
| Account No. | | | | | | | |
| **Tom Bush** PO Box 1222 Port Angeles, WA 98362 | | - | | | | | 765.30 |
| Account No. | | | | | | | |
| **Travelers Propane Inc** PO Box 946 Port Townsend, WA 98368 | | - | | | | | 71.44 |
| Account No. | | | | | | | |
| **Tricorbraun Inc** PO Box 417659 Boston, MA 02241-7659 | | - | | | | | 5,099.52 |
| Account No. | | | | | | | |
| **Trimble Navigation LTD** Dept 33209 PO Box 39000 San Francisco, CA 94139-3209 | | - | | | | | 280.63 |

Sheet no. __28__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    6,277.29

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

In re **Pettit Oil Company** ,                    Case No. **13-47285**
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Tucker & Weitzel & Assoc Inc 230 S Austin St Seattle, WA 98108 | - | | | | | | | 481.61 |
| Account No. | | Notice Only | | | | | | |
| United State Dept of Justice U.S. Attorney General 950 Pennsylvania Ave NW Washington, DC 20530 | - | | | | | | | 0.00 |
| Account No. | | Notice Only | | | | | | |
| United States Trustee 700 Stewart St Ste 5103 Seattle, WA 98101 | - | | | | | | | 0.00 |
| Account No. | | US Oil | | | | | | |
| US Oil A Division of Venture, Inc Headquarters 425 Better Way Appleton, WI 54915 | - | | | | | | | 277,150.91 |
| Account No. | | Notice Only | | | | | | |
| Washington State Dept of Justice Attorney General 1125 Washington St SE Olympia, WA 98501 | - | | | | | | | 0.00 |

Sheet no. __29__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            277,632.52

In re **Pettit Oil Company**                                      ,     Case No. ___13-47285___
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Wast Management/Brem Air Disp PO Box 541065 Los Angeles, CA 90054-1065 | - | | | | | | | 139.87 |
| Account No. | | | | | | | | |
| West Coast Portables 1871 E Johns Prairie Rd Shelton, WA 98584 | - | | | | | | | 1,846.00 |
| Account No. | | | | | | | | |
| Westbay Auto Parts 2610 SE mile Hill Dr Port Orchard, WA 98366 | - | | | | | | | 82.80 |
| Account No. | | | | | | | | |
| Western Peterbilt inc PO Box 24065 Seattle, WA 98124 | - | | | | | | | 347.52 |
| Account No. | | | | | | | | |
| Western Petroleum Marketers PO Box 571500 Salt Lake City, UT 84157-1500 | - | | | | | | | 3,200.00 |

Sheet no. __30__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,616.19

Case 13-47285-PBS    Doc 44    Filed 12/04/13    Ent. 12/04/13 18:08:48    Pg. 31 of 32

In re   **Pettit Oil Company**              ,    Case No.   **13-47285**

                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Williams Oil Filter Service** PO Box 2155 Tacoma, WA 98401-2155 | | - | | | | | 60.80 |
| Account No. | | | | | | | |
| **Wood's Janitorial & Const Inc** 259 Eklund Ave Hoquiam, WA 98550-1718 | | - | | | | | 525.00 |
| Account No. | | | | | | | |
| **Xpedite Systems LLC** PO Box 116451 Atlanta, GA 30368-6451 | | - | | | | | 351.02 |
| Account No. | | | | | | | |
| **Yorkston Oil Co Inc** PO Box 229111 Bellingham, WA 98229 | | - | | | | | 1,052.38 |
| Account No. | | | | | | | |
| **Zee Medical Service Co** PO Box 58627 Seattle, WA 98138-1627 | | - | | | | | 84.75 |

Sheet no. __31__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Subtotal
(Total of this page)    **2,073.95**

                                   Total
(Report on Summary of Schedules)    **8,303,911.78**