The Honorable Mary Jo Heston
Chapter 7
Location: Tacoma

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re ) No. 13-47285
)
PETTIT OIL COMPANY, ) NOTICE OF DEPOSIT OF UNCLAIMED
) FUNDS
Debtor. )
)

COMES NOW the Trustee, Kathryn A. Ellis, and pursuant to 11 U.S.C. § 347 (a), and Bankruptcy Rule 3011, remits unclaimed proceeds in the amount of $176,849.35 of the following creditor to the Clerk of this Court:

| Claim No. | Creditor | Distribution |
|---|---|---|
| 466 | IPC (USA) Inc.<br>Attn: Jim Takeuchi<br>4 Hutton Centre Dr, Suite 700<br>Santa Ana, CA 92707 | $176,849.35 |

DATED this 25th day of April, 2023.

_____
Kathryn A. Ellis, Trustee

O:\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\PettitOil\unclaimedfunds_not.wpd

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS - 1**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

Case 13-47285-MJH    Doc 2033    Filed 04/27/23    Ent. 04/27/23 14:56:29    Pg. 1 of 1